# United States Court of Appeals
### For The District Of Columbia Circuit

_____

| | |
|---|---|
| **No. 13-1060** | **September Term, 2014** |
| | **FTC-9344** |

**Filed On:** May 28, 2015

POM Wonderful LLC, et al.,

    Petitioners

  v.

Federal Trade Commission,

    Respondent

      **BEFORE:**    Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

    Upon consideration of petitioners' petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

          BY:    /s/
                       Ken R. Meadows
                       Deputy Clerk